IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PAUL WINTERS, | § | |
| | § | |
| Defendant Below, | § | No. 239, 2022 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1810002794 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 7, 2022
Decided: September 26, 2022

## **ORDER**

On July 8, 2022, the Court received a document from the appellant suggesting that he desired to appeal a decision of the Superior Court. On July 11, 2022, the Senior Court Clerk sent the appellant letters directing him to complete and sign an official Form A notice of appeal by July 26, 2022, and to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* by the same date. The appellant did not respond to those letters. On August 8, 2022, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for failure to pay the filing fee or file a motion to proceed *in forma pauperis* and for failure to file an official Form A notice of appeal. The postal service returned the August 8 as undeliverable. On August 22, 2022, the Senior Court Clerk obtained an updated address for the appellant and resent the

notice to show cause to the new address by certified mail. On August 26, 2022, the Court received the certified-mail receipt indicating that the August 22 notice was delivered on August 24, 2022. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice